BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cv-01926-AWI-DLB |
| Petitioner, | **[Proposed] ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |
| v. | |
| LARRY E. SCHALLER, | Date: Friday, December 10, 2010 |
| Respondent. | Time: 9:00 a.m.<br>Ctrm: #9, 6th Floor<br>(Honorable Dennis L. Beck) |

Upon review of Petitioner United States of America's Verified Petition to Enforce Internal Revenue Service Summonses and the Memorandum of Points and Authorities filed in support of the petition,

IT IS HEREBY ORDERED that Respondent LARRY E. SCHALLER ("Respondent") appear before United States Magistrate Judge Dennis L. Beck, in Courtroom No. 9, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, December 10, 2010, at 9:00 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him on October 6, 2009 and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summonses.

///

///

1   IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause,
2 together with one copy each of the Verified Petition to Enforce Internal Revenue Service
3 Summonses and the Memorandum of Points and Authorities filed in support of the petition, shall
4 be served upon Respondent on or before November 12, 2010, unless such service cannot be made
5 despite reasonable efforts.  If Petitioner is unable to serve Respondent despite making reasonable
6 efforts to do so, the documents may be served by any other means of service permitted by Federal
7 Rules of Civil Procedure 4(e) or Petitioner may request a court order granting leave to serve by
8 other means. See Fed. R. Civ. P. 81(a)(5).

9   IT IS HEREBY FURTHER ORDERED that Respondent shall file and serve a written
10 response to the Petition to Enforce Internal Revenue Service Summonses, supported by
11 appropriate declaration(s), as well as any motions the Respondent desires to make 14 days prior
12 to the date set for the Show Cause hearing.  The United States may file a reply.   All motions and
13 issues raised by the Respondent will be considered on the return date of this Order, and any
14 uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summonses
15 will be deemed admitted.  Issues that are not raised by motion, or are not brought into
16 controversy by the responsive pleadings and supported by declaration(s), will not be considered
17 on the return date of this Order.

18   IT IS HEREBY FURTHER ORDERED that if the summonses are ordered to be enforced,
19 the Court shall retain jurisdiction to enforce its order by its contempt power.

21   IT IS SO ORDERED.
22   Dated:   **October 20, 2010**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE