1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN (SBN 160502)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

FILED
DEC 01 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cv-01926-AWI-DLB |
| Petitioner, | **PETITIONERS' SUGGESTION OF DEATH AND VOLUNTARY DISMISSAL** |
| v. | |
| LARRY E. SCHALLER, | Date: Friday, December 10, 2010<br>Time: 9:00 a.m.<br>Ctrm: #9, 6th Floor<br>(Honorable Dennis L. Beck) |
| Respondent. | |

Petitioners, the UNITED STATES OF AMERICA, hereby file this Suggestion of Death concerning Respondent Larry E. Schaller. Mr. Schaller died on December 30, 2009 in Fresno, California. (*See* SSA Death Index Document attached as Exhibit 1.)

Consequently, the petitioners hereby voluntarily dismiss, pursuant to Fed. R. Civ. P. 41(a), the Petition re: Tax Summons Enforcement in the above-referenced case, and request that the Order to Show Cause hearing currently scheduled for Friday, December

///
///
///
///
///

PETITIONERS' SUGGESTION OF DEATH AND
NOTICE OF VOLUNTARY DISMISSAL                -1-

1   10, 2010, at 9:00 a.m., before Magistrate Judge Dennis L. Beck, be taken off-calendar.

2                                      Respectfully submitted,

3   Dated: November 29, 2010           BENJAMIN B. WAGNER
                                       United States Attorney
4
                              By:      /s/ Glen F. Dorgan
5                                      GLEN F. DORGAN
                                       Assistant United States Attorney
6

7

8                                      It is so Ordered.  Dated: 11-30-10

9
                                       _____
10                                     United States District Judge

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **November 29, 2010**, she served a copy of:

**PETITIONERS' SUGGESTION OF DEATH AND NOTICE OF VOLUNTARY DISMISSAL**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Survivors of Mr. Larry E. Schaller
337 N. Blackstone Avenue
Fresno, CA 93701

                              /s/ Mary Ann Rackley
                              MARY ANN RACKLEY

Case 1:10-cv-01926-AWI-DLB   Document 6   Filed 12/01/10   Page 4 of 4
Case 1:10-cv-01926-AWI-DLB   Document 5-1   Filed 11/29/10   Page 1 of 1

Page 1

## SSA Death Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 11/12/2010 |
| **Database Last Updated:** | 11/14/2010 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 11/23/2010 |
| **Source:** | Social Security Administration Death Index |

### Identifying Information

| | |
|---|---|
| **Name:** | LARRY EDWIN SCHALLER |
| **SSN:** | 557-66-XXXX |

### Information Regarding Deceased

| | |
|---|---|
| **Date of Birth:** | 09/22/ |
| **Date of Death:** | 12/30/2009 |
| **Age at Death:** | 61 |
| **Verification of Death:** | (P) Proof of Death Certificate Observed |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Exhibit 1                                                                                              Page 1 of 1